# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLWESTER SLOJEWSKI,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:11-cv-03614 PJH (NC)<br><br>**NOTICE OF REFERRAL AND SETTING HEARINGS** |

This matter has been referred for all discovery by Judge Phyllis J. Hamilton. The hearing on the parties' joint discovery letter brief, Dkt. No. 29, is set for January 16, 2013, at 1:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco. No further briefing is required. Defendant's motion to compel, Dkt. No. 26, is set for hearing on February 6, 2013 with briefing schedule to remain unchanged. Please see this Court's Civil Standing Order for more information.

IT IS SO ORDERED.

DATED: December 31, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge