# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLWESTER SLOJEWSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 11-cv-03614 PJH (NC)<br><br>**ORDER RE: EX PARTE APPLICATION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 52 |

    Plaintiff Sylwster Slojewski applies ex parte for an order granting him leave to file a motion for reconsideration under Civil Local Rule 7-9. Dkt. No. 52. Plaintiff asserts that because the lost rental income claim is no longer at issue, no discovery regarding plaintiff's tax returns should be permitted. *See id.*

    The Court orders Allstate to file an opposition to the motion for leave on or before March 5, 2013.

    IT IS SO ORDERED.

DATED: February 19, 2013

                                                             NATHANAEL M. COUSINS
                                                             United States Magistrate Judge